UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTO BULICH,<br><br>        Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 15-cv-01622-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | March 20, 2015[1] |
| Mediation deadline | September 30, 2015 |
| Fact discovery cut-off | November 20, 2015 |
| Deadline to file dispositive motions | January 15, 2016 |
| Trial | May 23, 2016 at 8:30 a.m. |

This case will be tried to the Court. Because the parties anticipate that the case will be tried solely on the administrative record, the Court has not scheduled a pre-trial conference. It is anticipated that the trial will take less than one-half day.

---

[1] Because this date has already passed, any party wishing to amend its pleadings must demonstrate good cause and obtain leave of court. Fed. R. Civ. P. 16.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

The case management conference currently scheduled for August 5, 2015 is vacated.

IT IS SO ORDERED.

Dated: August 4, 2016

_____
JON S. TIGAR
United States District Judge