United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OTTO BULICH,

        Plaintiff,

    v.

AETNA LIFE INSURANCE COMPANY,

        Defendant.

Case No.  15-cv-01622-JST

**ORDER TO SHOW CAUSE**

Re: ECF No. 21

On October 19, 2015, the mediator in this case, Geoffrey White, filed a Certification of ADR Session, informing the Court that this case had fully settled on September 29, 2015.  ECF No. 21.  No further action has been taken by any party since the Certification was filed.

The parties are now ORDERED TO SHOW CAUSE why this case should not be dismissed with prejudice.  A hearing on the order to show cause is scheduled for December 17, 2015 at 2:00 p.m.  By December 10, 2015, the parties shall jointly file a response to the order to show cause stating why the case should not be dismissed with prejudice and what further relief, if any, the parties seek in this case.

If the parties file a stipulation to dismiss the case pursuant to Fed. R. Civ. P. 41(a)(1)(A) by December 9, 2015, the order to show cause will be vacated.

IT IS SO ORDERED.

Dated:  November 10, 2015

_____
JON S. TIGAR
United States District Judge