UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTO BULICH,<br><br>        Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 15-cv-01622-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 23 |

The parties have filed a stipulation of dismissal dated November 16, 2015. ECF No. 23. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Order to Show Cause, ECF No. 22, is hereby vacated. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: November 16, 2015

_____
JON S. TIGAR
United States District Judge